UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    vs.<br><br>EDWARD J. KOSINSKI,<br>        Defendant. | Case No.:<br>3:16-CR-00148 (VLB)<br><br><br><br>November 28, 2017 |

Federal Building
450 Main Street
Hartford, Connecticut

TRIAL - DAY 6

(Transcription from Electronic Recording)

Held Before:

THE HON. VANESSA L. BRYANT
United States District Judge

Transcription Services of
FALZARANO COURT REPORTERS, LLC
4 Somerset Lane
Simsbury, CT 06070
860.651.0258
www.falzaranocourtreporters.com

APPEARANCES:

For the Plaintiff:

    OFFICE OF THE UNITED STATES ATTORNEY
    157 Church Street, 25th Floor
    New Haven, Connecticut 06510
    203.821.3700
    heather.cherry@usdoj.gov
    jonathan.francis@usdoj.gov
        BY:  HEATHER L. CHERRY, Esq.
            Assistant United States Attorney
                -and-
            JONATHAN N. FRANCIS, Esq.
            Assistant United States Attorney

For the Defendant:

    SPEARS MANNING LLC
    2425 Post Road, Suite 203
    Southport, Connecticut 06890
    203.292.9766
    bspears@spearsmanning.com
    smanning@spearsmanning.com
    nbuchok@spearsmanning.com
        BY:  BRIAN E. SPEARS, Esq.
                -and-
            STEPHEN V. MANNING, Esq.
                -and-
            NATHAN J. BUCHOK, Esq.

```
 1                  (Proceedings commenced:  9:18 a.m.)
 2
 3              THE COURT:  Good morning.
 4              ALL:  Good morning, your Honor.
 5              THE COURT:  Please bring in the jury.
 6
 7                  (Jury panel entered the courtroom.)
 8
 9              THE COURT:  Good morning.
10              JURY PANEL:  Good morning.
11              THE COURT:  Would counsel please
12         stipulate to the presence of the entire jury?
13              MS. CHERRY:  Yes, your Honor.
14              MR. SPEARS:  Yes, your Honor.
15              THE COURT:  Thank you.
16              Ladies and gentlemen, you may adjourn to
17         the deliberation room and proceed with your
18         deliberations.
19
20                  (Jury panel exited the courtroom.)
21
22                  (Recess:  9:20 a.m. to 1:19 p.m.)
23
24              THE COURT:  Please be seated.
25              And our Foreperson is ▮▮▮▮▮▮▮▮?
```

```
 1              COURTROOM DEPUTY:  Correct.
 2              THE COURT:  Okay.  Please bring the jury
 3      out.
 4
 5              (Jury panel entered the courtroom.)
 6
 7              THE COURT:  Would counsel please
 8      stipulate to the presence of the entire jury?
 9              MS. CHERRY:  Yes, your Honor.
10              MR. SPEARS:  Yes, your Honor.
11              THE COURT:  Thank you.
12              Please be seated.
13              Ladies and gentlemen, be seated.
14              ███████████, I understand that you have
15      been selected foreman; is that correct?
16              THE FOREPERSON:  That's correct.
17              THE COURT:  And I also understand that
18      the jury has reached a verdict?
19              THE FOREPERSON:  Yes, we have.
20              THE COURT:  Would you please read your
21      verdict.
22              THE FOREPERSON:  United States of
23      American versus Edward J. Kosinski, Case
24      Number 3:16-CR-148(VLB).
25              Count 1, securities fraud:  As to the
```

```
 1            Count 1 charging Edward Kosinski with
 2       securities fraud, we find the defendant
 3       guilty.
 4            Count 2, securities fraud:  As to the
 5       Count 2 charging Edward Kosinski with
 6       securities fraud, we find the defendant
 7       guilty.
 8            THE COURT:  Thank you.  Please be
 9       seated.
10            Mr. Shafer, would you please poll the
11       jury.
12            When your name is called, please stand
13       and respond.
14            COURTROOM DEPUTY:  Juror Number 2, is
15       this your verdict?
16            JUROR NO. 2:  Yes.
17            COURTROOM DEPUTY:  Juror Number 3, is
18       this your verdict?
19            JUROR NO. 3:  Yes.
20            THE COURT:  ███████████ is Juror
21       Number 4.  Please pass it on to 5.
22            COURTROOM DEPUTY:  Juror Number 5, is
23       this your verdict?
24            JUROR NO. 5:  Yes.
25            COURTROOM DEPUTY:  Juror Number 6, is
```

```
 1            this your verdict?
 2                 JUROR NO. 6:  Yes, it is.
 3                 COURTROOM DEPUTY:  Juror Number 7, is
 4            this your verdict?
 5                 JUROR NO. 7:  Yes.
 6                 COURTROOM DEPUTY:  Juror Number 8, is
 7            this your verdict?
 8                 JUROR NO. 8:  Yes.
 9                 COURTROOM DEPUTY:  Juror Number 9, is
10            this your verdict?
11                 JUROR NO. 9:  Yes.
12                 COURTROOM DEPUTY:  Juror Number 10, is
13            this your verdict?
14                 JUROR NO. 10:  Yes.
15                 COURTROOM DEPUTY:  Juror Number 11, is
16            this your verdict?
17                 JUROR NO. 11:  Yes.
18                 COURTROOM DEPUTY:  Juror Number 12, is
19            this your verdict?
20                 JUROR NO. 12:  Yes.
21                 COURTROOM DEPUTY:  And, Juror Number 13,
22            is this your verdict?
23                 JUROR NO. 13:  Yes.
24                 COURTROOM DEPUTY:  Thank you.
25                 THE COURT:  Ladies and gentlemen, thank
```

```
1        you very much for your service.  I would ask
2        now that you retire to the jury room so that
3        I can thank you each personally.
4             You're excused.
5
6             (Jury panel exited the courtroom.)
7
8             THE COURT:  Please be seated.
9             The court will stand in recess for five
10       minutes.
11
12            (Recess:  1:25 to 1:  29 p.m.)
13
14            THE COURT:  Please be seated.
15            The defense has filed a motion for
16       acquittal to which the Government has not
17       responded, and its deadline to respond has
18       not occurred.  So I would imagine and expect
19       that the Government would be responding.
20            Is that correct?
21            MS. CHERRY:  Yes, your Honor.
22            THE COURT:  All right.  And then the
23       Court will consider that motion after the
24       Government has filed its timely response.
25            MS. CHERRY:  Thank you.
```

1       THE COURT:  You're welcome.
2           In light of that, I am not going to
3       accept the verdict at this point.  I will do
4       that in my written decision should I choose
5       to do so.
6           Is there any objection to that
7       procedure?
8           MR. SPEARS:  Nothing from the defense,
9       your Honor, to that procedure.
10          MR. FRANCIS:  Your Honor?
11          THE COURT:  Yes.
12          MR. FRANCIS:  If I may?
13          THE COURT:  Yes.
14          MR. FRANCIS:  I'm not familiar with that
15      practice.  I'm not sure that -- it may be six
16      of one, half a dozen of the other.
17          THE COURT:  You would prefer that I set
18      it aside if I accept it now?
19          MR. FRANCIS:  I think the Government
20      would prefer you accept the verdict, delay
21      entering the judgment, reserve on the Rule 29
22      motion until we have an opportunity to
23      respond and your Honor, if you want, has a
24      hearing.  I understand the defense wanted
25      that.  And then I think that's a cleaner way

```
 1            of doing it.  Therefore, the discharging the
 2            jury then is -- there's no risk.
 3                 THE COURT:  Okay.  That certainly is the
 4            safest approach.
 5                 I see no defect in the jury's
 6            deliberation or its decision-making process,
 7            and, therefore, I accept the jury's verdict
 8            and withhold entry of judgment pending my
 9            consideration of the defense motion and the
10            Government's response.
11                 Is there anything further?
12                 MR. FRANCIS:  Your Honor, can we just
13            have one moment?
14                 THE COURT:  Yes.
15                 MS. CHERRY:  Thank you.
16                 MR. FRANCIS:  Thank you, your Honor.
17            Nothing from the Government.  Thank you.
18                 THE COURT:  And the defense?
19                 MR. SPEARS:  Nothing further from the
20            defense, your Honor.  Thank you.
21                 Your Honor, the one request, just so
22            it's clear on the record -- we would ask that
23            the bond conditions continue with respect to
24            Dr. Kosinski pending sentencing and further
25            proceedings leading up to sentencing.
```

1           I would note I checked with the United
2     States probation officer and have confirmed
3     that he's in full compliance.  He's on
4     administrative supervision, which is
5     applicable to the lower risk defendant such
6     as Dr. Kosinski's full compliance.
7           I understand the Government has no
8     objection to our application.
9           THE COURT:  Has Dr. Kosinski surrendered
10    his passport?
11          MR. SPEARS:  He has, your Honor, at the
12    beginning of the proceedings.  I wasn't
13    counsel at that time, but I understand from
14    the record that it was surrendered to the
15    U.S. Probation Office at that time.
16          THE COURT:  Does the Government have any
17    objection?
18          MS. CHERRY:  No, the Government defers
19    to the Court and probation, your Honor.  No
20    objections.
21          THE COURT:  All right.  In that case,
22    the defendant is to remain at liberty under
23    the conditions specified and applicable at
24    this particular point in time.
25          Mr. Kosinski, you understand that you

```
 1           may not leave the state of Connecticut
 2           without the prior approval of the probation
 3           office and that you may not obtain another
 4           passport?
 5                   THE DEFENDANT:  I do, your Honor.  I
 6           think under the original stipulations -- I'm
 7           sorry.
 8                   MR. SPEARS:  Under the -- I think I know
 9           where Dr. Kosinski was going with that -- is
10           the travel restrictions are to the states of
11           New York, Connecticut, Massachusetts, and
12           Vermont if I remember correctly.
13                   THE COURT:  And that is for business
14           purposes?
15                   THE DEFENDANT:  Yes, your Honor.
16                   THE COURT:  Do those business purposes
17           remain?
18                   THE DEFENDANT:  Yes, they do.
19                   THE COURT:  They do?
20                   THE DEFENDANT:  Yes.
21                   THE COURT:  You are to give prior notice
22           to the probation office of any travel outside
23           of the state of Connecticut.  That notice is
24           to include not only that you're traveling but
25           where you're traveling and for what purpose.
```

```
1                THE DEFENDANT:  Yes, your Honor.
2                MR. SPEARS:  Yes, your Honor.
3                THE COURT:  Anything further?
4                MR. SPEARS:  Nothing further, your
5       Honor.
6                THE COURT:  All right.  Thank you.
7
8                (Proceedings adjourned at 1:34 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATE

I hereby certify that the foregoing 12 pages are a complete and accurate transcription to the best of my ability of the electronic recording of the TRIAL - DAY 6 in re: UNITED STATES OF AMERICA vs. EDWARD J. KOSINSKI, Case No. 3:16-CR-00148 (VLB), held before The Hon. Vanessa L. Bryant, United States District Judge, in Hartford, Connecticut, on November 28, 2017.

_____        12-21-17
Rachel M. Riemer, Transcriber    Date
Licensed Shorthand Reporter No. 518